IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02245-CMA-MJW

HELAINE NUTTALL,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal With Prejudice (Doc. # 7), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  September   29  , 2011

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge